# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141844 & (62)

DAVID W. ALLARD, as Trustee of the
Bankruptcy Estate of LAURA J. WILAMOWSKI,
      Plaintiff-Appellant,

v

                                  SC: 141844
                                  COA: 285633
                                  Oakland CC: 2006-075483-NI

JOSEPH A. SOVA and CLARKSTON STEEL,
INC.,
      Defendants-Appellees,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant,
and

CONRAD C. WILAMOWSKI,
      Defendant-Appellee,
and

MIRASH BOJAJ,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 24, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

0131

                              Clerk